| | |
|---|---|
| 1  KEVIN V. RYAN, CSBN 118321<br>   United States Attorney | |
| 2  JOANN M. SWANSON, CSBN 88143<br>   Assistant United States Attorney | *E-filed 11/15/06* |
| 3  Chief, Civil Division<br>   ILA C. DEISS, NY SBN 3052909 | |
| 4  Assistant United States Attorney | |

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169

8  Attorneys for Defendants

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  IRINA SEMENOVA, | ) |
|                    | ) Case No. 06-6329 HRL |
| 13          Plaintiff, | ) |
|                    | ) |
| 14      v.        | ) |
|                    | ) |
| 15  DEPARTMENT OF HOMELAND SECURITY; | ) **STIPULATION TO DISMISS AND** |
|     *et al.,*     | ) **[PROPOSED] ORDER** |
| 16                | ) |
|          Defendants. | ) |
| 17                | ) |

18     Plaintiff, by and through her attorneys of record, and Defendants, by and through their attorneys

19  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

20  action without prejudice in light of the fact that the United States Citizenship and Immigration

21  Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

22  adjudicate such application within 30 days of the dismissal of this action.

23     Each of the parties shall bear their own costs and fees.

24  ///

25  ///

26  ///

27  ///

28  ///

STIP. TO DISMISS
C 06-6329 HRL

| | | |
|---|---|---|
| 1 | Date: November 3, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN |
| 3 | | United States Attorney |

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: November 1, 2006

_____/s/_____
GERI N. KAHN
MONICA KANE
Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 11/14/06

_____
HOWARD R. LLOYD
United States Magistrate Judge

STIP. TO DISMISS
C 06-6329 HRL                                    2